```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0057--CV (JWS)
          "AK BRICKLAYERS TRUST FUND ET AL V DIX MASONRY"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 03/22/05
            Closed: 07/26/05

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (791) Employee Retirement Income Security Act of 1974
                   ERISA
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 03/22/05 receipt # 00125317
          Trial by:
```

Parties of Record:                                          Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | TRUSTEES-ALASKA BRICKLAYERS RETIREMENT TRUST FUND | Sarah E. Josephson<br>Jermain Dunnagan et al<br>3000 A Street, Suite 300<br>Anchorage, AK 99503<br>907-563-8844<br>FAX 907-563-7322 |
| PLF 2.1 | SOUTHERN ALASKA CARPENTERS HEALTH & SECURITY TRUST FUND | Sarah E. Josephson<br>(see above) |
| PLF 3.1 | ALASKA BRICKLAYERS TRAINING TRUST FUND | Sarah E. Josephson<br>(see above) |
| DEF 1.1 | DIX MASONRY INC | No counsel found for this party! |
| DEF 2.1 | [T] TRAVELER'S CASUALTY & SURETY CO OF AMERICA | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CIVIL DOCKET ENTRIES FOR CASE A05-0057--CV (JWS)
              "AK BRICKLAYERS TRUST FUND ET AL V DIX MASONRY"

                           For all filing dates


  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
           Filed: 03/22/05
          Closed: 07/26/05

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (791) Employee Retirement Income Security Act of 1974
                   ERISA
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 03/22/05 receipt # 00125317
         Trial by:


Document #   Filed     Docket text

    1 -  1   03/22/05  Complaint filed; Summons issued.

    2 -  1   05/25/05  JWS Minute Order that plf to file proof of svc on defs served & proceed
                       to serve so as to comply w/FRCvP 4(m). cc: cnsl

    3 -  1   06/02/05  PLF 1-3 Return of Service Executed re: DEF 2 on 03/24/05.

    4 -  1   06/02/05  PLF 1-3 Return of Service Executed re: DEF 1 on 3/29/05.

    5 -  1   06/03/05  JWS Minute Order re pltf to require an answer or apply for default due
                       w/in 20 days. cc: cnsl

    6 -  1   06/09/05  PLF 1-3 Notice of filing amended return of svc re: DEF 1 & 2 w/att
                       amended return of svcs.

    7 -  1   06/09/05  PLF 1-3 Application for entry of default re: DEF 1 w/att aff & exh.

    8 -  1   06/10/05  Clerk's Notice entering default as to DEF 1. cc: cnsl, Dix Masonry, Inc.

    9 -  1   07/06/05  PLF 1-3 motion for default judgment against defendant Dix Masonry, Inc.
                       w/att memo & exhs.

   10 -  1   07/14/05  JWS Minute Order that plf require ans from DEF 2 or apply for dft w/i 20
                       days. cc: cnsl

   11 -  1   07/18/05  PLF 1-3 Dismissal Notice (Party(s)) of DEF 2.

   11 -  2   07/22/05  JWS Order granting dismissal of all plfs' claims against D2 with
                       prejudice, with each party to bear its own costs and attorney fees.  cc:
                       cnsl

   12 -  1   07/26/05  JWS Default Judgment granting mot for dft judg against DEF 1 (9-1); plfs
                       have judg against DEF 1 in the principal amount of $19,859.90. cc: cnsl,
                       O&J 11850 (costs added 8/9/05) (re-distributed w/atty fees 9/15/05)

   13 -  1   08/02/05  PLF 1-3 Bill of Costs w/att exhs.
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A05-0057--CV (JWS)
                       "AK BRICKLAYERS TRUST FUND ET AL V DIX MASONRY"

                                    For all filing dates


 Document #    Filed      Docket text

    14 -   1   08/02/05   PLF 1-3 Notice of cost bill hrg set for 8/8/05 at 9am.

    15 -   1   08/08/05   PLF 1-3 Partial assignment of judgment.

    16 -   1   08/08/05   PLF 1-3 motion for attorney fees w/att memo, aff & exhs.

    17 -   1   08/09/05   Clerk's Notice  of taxation of plf's cost bill.  Total costs taxed for
                          the plf and against the def Dix Masonry in the amt of $339.00. cc: cnsl

    18 -   1   09/15/05   JWS Order granting mot for atty fees (16-1) in the amount of $4,975.00.
                          cc: cnsl
```